# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 41 MAL 2024
                                :
    Respondent                    :
                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court
    v.                            :
                                :
                                :
BRUCE D. STUART,                :
                                :
    Petitioner                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.